## A97A0376. WOELPER et al. v. PIEDMONT COTTON MILLS, INC.
(498 SE2d 372)

JOHNSON, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Piedmont Cotton Mills v. Woelper*, 269 Ga. 109 (498 SE2d 255) (1998), our decision in *Woelper v. Piedmont Cotton Mills*, 226 Ga. App. 337 (487 SE2d 5) (1997), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. Pope, P. J., and Blackburn, J., concur.*

DECIDED MARCH 24, 1998.

*John B. Lyle*, for appellants.
*Barron & Barron, George L. Barron, Jr.*, for appellee.